UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL FINNIE                                        CIVIL ACTION

VERSUS

SYDNIE PARNELL, ET AL.                       NO. 25-00743-BAJ-RLB

### RULING AND ORDER

Before the Court is the Magistrate Judge's **Report and Recommendation (Doc. 6, the "Report")**, recommending that the Court decline to exercise supplemental jurisdiction over any potential state law claims and dismiss the above-captioned matter with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e) and 1915A. (*Id.* at 6). There are no objections to the Report.

After carefully considering Plaintiff's Complaint (Doc. 1), the Report (Doc. 6), and the entirety of the record before the Court, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

2

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 4th day of December, 2025

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**